US DISTRICT COURT INDEX SHEET

















JRL

3:98-CV-831 ABALOS V. SAN DIEGO COUNTY OF

*1*

*CMP*

1 | THOMAS TOSDAL, ESQ.
STATE BAR NO. 067834
2 | TOSDAL, LEVINE, SMITH & STEINER
600 "B" Street, Suite 2300
3 | San Diego, CA 92101
Telephone: (619) 239-7200
4 | Facsimile: (619) 239-6048

5 | Attorneys for Plaintiffs



FILED

MAY - 1 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | MARI ABALOS, PAUL AGUILAR, )    CASE NO. 98 CV 831 H (AJB)
JOSEPH ALKIRE, GERALD AMES, )
11 | RONALD ANDERSON, WILLIAM )    COMPLAINT FOR VIOLATION OF
ANDREWS, BUENAVENTURA )    SECTION 7 OF THE FAIR LABOR
12 | ARADELES, MARILYN ARGROW, )    STANDARDS ACT OF 1938, AS
VICENTE AVENDULA, NANCY )    AMENDED (29 U.S.C. SECTION 207)
13 | BAILEY, BONNIE BASSETT, )    AND DEMAND FOR JURY TRIAL
PETER BENNETT, CARL BISHOP, )
14 | CHRISTOPHER BLAIR, RUSSELL )
BLOOM, MICHAEL BOHY, FEDERICO )
15 | BONA, NICK BONCHE, LISA )
BONNER, JEFFREY BRISTOW, )
16 | COLLEEN BROWN, LYNDA BROWN, )
ALANA BRYAN, THOMAS BUNKLEY, )
17 | ROBERT BURGOS, THOMAS )
CALDWELL, JAMES CAPEWELL, )
18 | DENNIS CARNEY, LAWRENCE )
CAROLAN, PABLO CARRILLO, )
19 | VICTOR CHRISTENSEN, MARY LOU )
CHURCH, DEBRA CLARKIN, )
20 | MICHAEL CONNOR, JASON )
CONSTEIN, RONALD CRIQUI, )
21 | EDUARDO CRUZ, GEORGE DEAN, )
SHAWN DENNSTEDT, JAMES )
22 | DILLAHUNT, RENEE DUNLAP-DICE, )
DAVID DUVAN, JOHN ELLSWORTH, )
23 | MICHAEL EPPS, SHARON EPPS, )
LAURA ESCANDON, TAUTUNU )
24 | FAAPOULI, ARTHUR FERNANDEZ, )
DIANA FIGUEROA, DEBRA )
25 | FLAHIVE, WAYNE FREEMAN, )
JOSEPH FUENTES, MARIANA )
26 | GARCIA, LINDA GARZA, FRANK )
GILL, CURTIS GILLIS, MARTHA )
27 | GONZALES, DEMETROS GRANT, )
BRYAN GREGORY, LISA GROGAN, )
28 | FROILAN GUERRERO, TIMOTHY )





```
 1 │ HANCOCK, KIMBERLY HANNUM,        )
   │ MICHELLE HAYES-IWU, ARTEMIO      )
 2 │ HERNANDEZ, TAMMY HERTICA,        )
   │ THOMAS HOBBS, DENISE             )
 3 │ HUFFHINES, MICHAEL HURST,        )
   │ MARY INOUYE, WAYNE INOUYE,       )
 4 │ PAUL JOHNSON, HOLLIS JONES,      )
   │ TRINA KNIERIM, STACEY KUHNS,     )
 5 │ RANDALL KUMMER, JOYCE LACEY,     )
   │ MALAUULU LAFO, TRACY LANDRY,     )
 6 │ SCOTT LAUDNER, LINDA LAWLOR,     )
   │ JOSIE LEBLANC-MUNOZ, MARIA       )
 7 │ LOPEZ, GUADALUPE LOPEZ,          )
   │ MERCEDES LUCERO, MICHAEL         )
 8 │ MACK, ARACELI MADERA, NANCY      )
   │ MARIANI-ANDERSON, LEONARD        )
 9 │ MARQUEZ, LAURIE MASSA, MARY      )
   │ MATTMILLER, MARLON MCBRIDE,      )
10 │ KARA MCCASLIN, JULIE             )
   │ MCCAWLEY, FREDRICK MCCOLLUM,     )
11 │ WILLIAM MCKNIGHT, ROBIN          )
   │ MILROY, MICHAEL MOORE, LUIS      )
12 │ MUNIZ-RIVERA, JEFFREY NEVES,     )
   │ GWENDOLYN NICHOLSON, DANIEL      )
13 │ NICKEL, CATHY OLOW, IGNACIO      )
   │ ORIAS, PATRICIA PALM, JEFF       )
14 │ PARRISH, JOSE PARTIDA, JENNA     )
   │ PETERSON, JOHN PORTER,           )
15 │ KENNETH PURVIS, SALLY            )
   │ QUIGLEY, BRUCE REAVES, JOSE      )
16 │ ROBLES, SANDRA RODRIGUEZ,        )
   │ MICHAEL ROLAN, GENA ROSS,        )
17 │ FELICIA ROUSE, YOLANDA           )
   │ RUDISELL, ANTONE RUSKOVICH,      )
18 │ SULTAN SALIH, ALMA SANCHEZ,      )
   │ BOUNMA SANMUR, HEATHER           )
19 │ SCHENCK, DONNA SCIMO, K.         )
   │ JANEL SCOTT, BORTAI SHAW,        )
20 │ MARY SHELDON, MICHAEL            )
   │ SHEPHERD, JAMES SHEPHERD,        )
21 │ GERALD SKRADSKI, Z SMITH,        )
   │ BRADLEY SMITH, LEONARD SMITH,    )
22 │ MARY SNYDER, CECILE SPEARS,      )
   │ RICHARD SPEARS, WALTER           )
23 │ STEFFEN, BRIAN STEVENS, JAMES    )
   │ STOLER, IAN ST. JOHN, ERNEST     )
24 │ SUSI, CRAIG TAYLOR, SCOTT        )
   │ THOMPSON, MARIE TURNER, MARK     )
25 │ TUSI, CRAIG UNDERDOWN,           )
   │ KENNETH VALLEY, RODNEY VAN,      )
26 │ JONATHAN WADLEY, ROSA WAGNER,    )
   │ JOHN WAGNER, WILLIAM WEBB,       )
27 │ JOHN WEINOLD, IVY                )
   │ WESTMORELAND, MILLIE WILKES,     )
28 │ KATHERINE WILLIAMSON, PAMELA     )
```

```
 1  WINTER, BARRY WOHRLE, and        )
    PHOUTHONE XAYAVONG,              )
 2                                   )
                     Plaintiffs,     )
 3                                   )
         v.                          )
 4                                   )
    COUNTY OF SAN DIEGO,             )
 5                                   )
                     Defendant.      )
 6  _____ )
```

7      Plaintiffs MARI ABALOS, PAUL AGUILAR, JOSEPH ALKIRE, GERALD

8    AMES, RONALD ANDERSON, WILLIAM ANDREWS, BUENAVENTURA ARADELES,

9    MARILYN ARGROW, VICENTE AVENDULA, NANCY BAILEY, BONNIE BASSETT, PETER

10   BENNETT, CARL BISHOP, CHRISTOPHER BLAIR, RUSSELL BLOOM, MICHAEL BOHY,

11   FEDERICO BONA, NICK BONCHE, LISA BONNER, JEFFREY BRISTOW, COLLEEN

12   BROWN, LYNDA BROWN, ALANA BRYAN, THOMAS BUNKLEY, ROBERT BURGOS,

13   THOMAS CALDWELL, JAMES CAPEWELL, DENNIS CARNEY, LAWRENCE CAROLAN,

14   PABLO CARRILLO, VICTOR CHRISTENSEN, MARY LOU CHURCH, DEBRA CLARKIN,

15   MICHAEL CONNOR, JASON CONSTEIN, RONALD CRIQUI, EDUARDO CRUZ, GEORGE

16   DEAN, SHAWN DENNSTEDT, JAMES DILLAHUNT, RENEE DUNLAP-DICE, DAVID

17   DUVAN, JOHN ELLSWORTH, MICHAEL EPPS, SHARON EPPS, LAURA ESCANDON,

18   TAUTUNU FAAPOULI, ARTHUR FERNANDEZ, DIANA FIGUEROA, DEBRA FLAHIVE,

19   WAYNE FREEMAN, JOSEPH FUENTES, MARIANA GARCIA, LINDA GARZA, FRANK

20   GILL, CURTIS GILLIS, MARTHA GONZALES, DEMETROS GRANT, BRYAN GREGORY,

21   LISA GROGAN, FROILAN GUERRERO, TIMOTHY HANCOCK, KIMBERLY HANNUM,

22   MICHELLE HAYES-IWU, ARTEMIO HERNANDEZ, TAMMY HERTICA, THOMAS HOBBS,

23   DENISE HUFFHINES, MICHAEL HURST, MARY INOUYE, WAYNE INOUYE, PAUL

24   JOHNSON, HOLLIS JONES, TRINA KNIERIM, STACEY KUHNS, RANDALL KUMMER,

25   JOYCE LACEY, MALAUULU LAFO, TRACY LANDRY, SCOTT LAUDNER, LINDA

26   LAWLOR, JOSIE LEBLANC-MUNOZ, MARIA LOPEZ, GUADALUPE LOPEZ, MERCEDES

27   LUCERO, MICHAEL MACK, ARACELI MADERA, NANCY MARIANI-ANDERSON, LEONARD

28   MARQUEZ, LAURIE MASSA, MARY MATTMILLER, MARLON MCBRIDE, KARA

1  MCCASLIN, JULIE MCCAWLEY, FREDRICK MCCOLLUM, WILLIAM MCKNIGHT, ROBIN
2  MILROY, MICHAEL MOORE, LUIS MUNIZ-RIVERA, JEFFREY NEVES, GWENDOLYN
3  NICHOLSON, DANIEL NICKEL, CATHY OLOW, IGNACIO ORIAS, PATRICIA PALM,
4  JEFF PARRISH, JOSE PARTIDA, JENNA PETERSON, JOHN PORTER, KENNETH
5  PURVIS, SALLY QUIGLEY, BRUCE REAVES, JOSE ROBLES, SANDRA RODRIGUEZ,
6  MICHAEL ROLAN, GENA ROSS, FELICIA ROUSE, YOLANDA RUDISELL, ANTONE
7  RUSKOVICH, SULTAN SALIH, ALMA SANCHEZ, BOUNMA SANMUR, HEATHER
8  SCHENCK, DONNA SCIMO, K. JANEL SCOTT, BORTAI SHAW, MARY SHELDON,
9  MICHAEL SHEPHERD, JAMES SHEPHERD, GERALD SKRADSKI, Z SMITH, BRADLEY
10 SMITH, LEONARD SMITH, MARY SNYDER, CECILE SPEARS, RICHARD SPEARS,
11 WALTER STEFFEN, BRIAN STEVENS, JAMES STOLER, IAN ST. JOHN, ERNEST
12 SUSI, CRAIG TAYLOR, SCOTT THOMPSON, MARIE TURNER, MARK TUSI, CRAIG
13 UNDERDOWN, KENNETH VALLEY, RODNEY VAN, JONATHAN WADLEY, ROSA WAGNER,
14 JOHN WAGNER, WILLIAM WEBB, JOHN WEINOLD, IVY WESTMORELAND, MILLIE
15 WILKES, KATHERINE WILLIAMSON, PAMELA WINTER, BARRY WOHRLE, and
16 PHOUTHONE XAYAVONG, bring this action against Defendant COUNTY OF SAN
17 DIEGO to recover unpaid compensation, liquidated damages, costs and
18 attorneys fees under the provisions of the Fair Labor Standards Act
19 of 1938, as amended, 29 U.S.C. Section 201 et seq. (hereinafter "the
20 Act"), and specifically section 16(b) of the Act (29 U.S.C. Section
21 216(b)), and allege as follows:

**JURISDICTION**

23     1.   Jurisdiction of this action is conferred upon this Court
24 by Section 16(b) of the Act, 29 U.S.C. Section 216(b) and by the
25 provisions of 28 U.S.C. Section 1331, which provides original
26 jurisdiction of "all civil actions arising under the Constitution,
27 laws or treaties of the United States."
28 ///

-4-

2.    At all times material herein, each of the Plaintiffs was employed by the COUNTY OF SAN DIEGO as a Probation Officer and was an employee within the meaning of section 3(e) of the Act, 29 U.S.C. Section 203(e).  Each of the Plaintiffs has consented to be a party Plaintiff.  Attached hereto as Exhibit 1 are forms setting forth the officers' consent to be a party to this action.

3.    Defendant COUNTY OF SAN DIEGO (hereinafter referred to as "COUNTY") is, and at all times material herein has been, a political subdivision of the State of California, governed by the Constitution and laws of the State of California, and is located within the territorial jurisdiction of this Court.  The COUNTY is, and at all times material herein has been, a public agency and employer within the meaning of section 3(d) of the Act, 29 U.S.C. Section 203(d).

### CLAIM FOR RELIEF BY PLAINTIFFS AGAINST THE COUNTY OF SAN DIEGO FOR VIOLATION OF 29 U.S.C. SECTION 207

4.    The allegations in paragraphs 1-3 are realleged and incorporated herein as though fully set forth.

5.    At all times relevant, plaintiffs and their public agency employer COUNTY were covered by the Fair Labor Standards Act, (FLSA) 29 U.S.C. Section 207, et seq.

6.    From at least May 1, 1995, and continuing to the present, Defendant COUNTY has failed and refused to pay Plaintiffs regular and overtime compensation for pre and post-shift work mandated by COUNTY and performed by Plaintiffs on and after May 1, 1995 in excess of the prescribed eight hour shifts.

7.    By failing and refusing to compensate Plaintiffs for time worked in excess of their prescribed shifts, Defendant COUNTY has and continues to wilfully violate relevant provisions of section 7 of the

1 Fair Labor Standards Act, 29 U.S.C. Section 207, which requires that

2 Plaintiffs be paid not less than one-and-one-half times their regular

3 rate of pay for work performed in excess of the prescribed work

4 period.

5     8. Defendant COUNTY was notified on repeated occasions,

6 including but not limited to, Grievance No. 97-022/DO that it was in

7 violation of the Fair Labor Standards Act for failing to compensate

8 Plaintiffs for regular and overtime pay for job duties required

9 before and after their regular shifts. The COUNTY was requested to

10 remedy this situation prospectively as well as retroactively. The

11 COUNTY declined to do so.

12     9. The job duties required of Plaintiffs by COUNTY both before

13 and after their regular shifts include, to wit:

14     (a) Picking-up and turning in equipment such as hand-cuffs,

15         and keys;

16     (b) Conducting pre-shift unit counts;

17     (c) Completing unit security checks, log reviews, paperwork

18         and detainee counts;

19     (d) Pre-shift stand-by;

20     (e) Pre-shift orientation;

21     (f) Shift leader's designation of staff member to complete

22         security checks; and

23     (g) Initialing the daily entries in the message log.

24     Each of these job duties is required by COUNTY and pursuant to

25 standard operating procedures constitutes an integral and

26 indispensable part of plaintiffs' principle job activities.

27     10. As a direct and proximate result of Defendant's violation

28 of section 7 of the Act, 29 U.S.C. Section 207, there is now due and

1  owing from COUNTY to Plaintiffs collectively a reimbursement for
2  uncompensated time worked during the statutory period, exceeding
3  $664,000.

4      11.   Plaintiffs have availed themselves of and sought to exhaust
5  all available administrative remedies in their efforts to seek
6  defendants' compliance with the terms and conditions of the FLSA.
7  Plaintiffs allege further administrative proceedings and/or appeal
8  appeals procedures would be futile in seeking enforcement of their
9  rights and benefits under the FLSA.

10     WHEREFORE, Plaintiffs pray for judgment against Defendant as
11 follows:

12     1.   For an accounting to determine the precise amount due under
13 the Act to each Plaintiff for all uncompensated work time hours
14 worked by Plaintiffs since May 1, 1995;

15     2.   For damages in the amount of the unpaid regular and
16 overtime compensation due and owing to Plaintiffs in an amount to be
17 proved at trial;

18     3.   For liquidated damages in an amount equal to the unpaid
19 regular and overtime compensation awarded;

20     4.   For prejudgment interest;

21     5.   For Plaintiffs' reasonable attorney's fees incurred and for
22 their costs of suit herein;

23     6.   For a permanent injunction ordering Defendants cease and
24 desist from failing and refusing to compensate Plaintiffs for regular
25 and overtime worked pursuant to section 7 of the Act;

26 ///

27 ///

28 ///

-7-

1        7.   For such other and further relief as the Court deems just

2   and proper.

3

4   DATED:  _5-1-98_                    TOSDAL, LEVINE, SMITH & STEINER

5

6                                       BY: _____

7                                          THOMAS TOSDAL
                                           Attorneys for Plaintiffs

8

9

10                      **DEMAND FOR TRIAL BY JURY**

11       PLEASE TAKE NOTICE that Plaintiffs demand a trial by jury in the

12   above-entitled action.

13

14   DATED: _5-1-98_                     TOSDAL, LEVINE, SMITH & STEINER

15

16                                       BY: _____

17                                          THOMAS TOSDAL
                                           Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

                              -8-

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (~~or was~~) employed as a San Diego County Probation Officer for _____22_____ years and _____ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Nancy_____ __J___ __Bailey___
                (first)     (middle)   (last)  S.S. No.

Home Address __1917 A Alga Rd_____

__Carlsbad____ __Ca____ __92009__
    (city)     (state)    (zip)

Telephone No.: (W) __619.531.5083__ (H) __760.438.5172__

Job Title/Location: __Senior P.O. / Otto St AFS__

Signature: __Bailey_____ Date: __12/10/97__

- 15 mins. early since 3/96
- Sometimes off early @ end of wk.
- 54/hrs / 14 day period.

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ____10____ years and ____5____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _CHRISTOPHER_   _H_   _BLAIR_   _575 02 7563_
                  (first)    (middle)    (last)    S.S. No.

Home Address    _5040 W. Pt. Loma Blvd._

                _San Diego CA 92107_
                (city)      (state)      (zip)

Telephone No.:  (W) _694 4389_        (H) _224 2368_

Job Title/Location: _DPO - JUVENILE PROBATION CENTER._

Signature: _Chris Blair_        Date: _12/10/97_

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): Russell    H    Bloom
   (first)      (middle)    (last)    S.S. No.

Home Address 3838 Haines St #5
   San Diego        CA        92109
   (city)        (state)      (zip)

Telephone No.: (W) 574 4429    (H) 272-9929

Job Title/Location: CDPO I  Westfork

Signature: Russell H R    Date: 12-11-97

SDIC LOCAL 2020

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___13___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): MICHAEL      PAUL      BOHY     571 23 9143
            (first)      (middle)      (last)      S.S. No.

Home Address   8495  CHI  ST

         LA MESA      CA                91942
         (city)           (state)            (zip)

Telephone No.: (W) 694  4571        (H ) 463  9240

Job Title/Location: SENIOR PROBATION OFFICER, JUVENILE Hi

Signature: _____  Date: 12.9.97



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____|_____ years and ____|____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __LISA___ __Christine__ __Bonner__ __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__
                 (first)     (middle)     (last)   S.S. No.

Home Address __13309 Caminito Ciera #113__

             __San Diego,__ __CA__ __92129__
             (city)     (state)     (zip)

Telephone No.: (W) __694-4500__ (H ) __538-3374__

Job Title/Location: __CDPO I / Juvenile Hall__

Signature: __Lisa C Bonner__     Date: __12-15-97__

_B/f and after - 15 mins._

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and ___//___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _ALANO_ _DAWN_ _BRYAN_ _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_
             (first)     (middle)    (last)   S.S. No.

Home Address _17330 LAWSON VY RD_

           _JAMUL_     _CA_      _91935_
           (city)     (state)     (zip)

Telephone No.: (W) _442-0851_    (H) _445-3886_

Job Title/Location: _CDPC II   CAMP BARRETT_

Signature: _Alana D. Bryan_   Date: _03/10/98_

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___2___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): GREGORY       ERIC       BRYAN       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
                (first)    (middle)    (last)    S.S. No.

Home Address   17330   LAWSON VALLEY RD.

          JAMUL        CA        91935
          (city)    (state)    (zip)

Telephone No.: (W) 442-0857   (H ) 445-2886.

Job Title/Location: CAMP BARRETT

Signature: _Gregory Bryan_   Date: 3/9/98.



RECEIVED

SEP ... LOCAL 2026

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __23__ years and __7__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Thomas_    _Edwin_    _Bunkley_    _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_
　　　　　　　　　(first)　　　(middle)　　(last)　　S.S. No.

Home Address  _10675 Caminito Derecho_

　　　　　　　　_San Diego_　　_CA_　　　_92126_
　　　　　　　　(city)　　　　(state)　　　(zip)

Telephone No.:  (W) _529-9395_　　(H) _566-0838_

Job Title/Location: _Senior Probation Officer - Camp West Fork_

Signature: _Thomas E. Bunkley_　Date: _12-10-97_

RECEIVED

DEC 1 1997

SEIU LOCAL 2028



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _*NINE_ years and _6 SIX_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): <u>JAMES</u>   <u>N/M</u>   <u>CAPEWELL</u>  <u>561 53 648L</u>
          (first)     (middle)    (last)    S.S. No.

Home Address  <u>3112 HUGO ST</u>

           <u>SAN DIEGO</u>   <u>CALIF.</u>     <u>92106</u>
           (city)     (state)     (zip)

Telephone No.: (W) <u>619 579-4395</u>   (H) <u>619 225 1643</u>

Job Title/Location: <u>CORRECTIONS DEPUTY PROBATION OFFICER I WEST FORK</u> CAMP

Signature: _____  Date: <u>12-12-97</u>



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

   I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

   I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

   I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): GEORGE ROBERT DEAN, Jr.   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
       (first)  (middle)  (last)  S.S. No.

Home Address 10061 RIO SAN DIEGO DRIVE  # 301

      SAN DIEGO  CALIFORNIA  92408
      (city)    (state)   (zip)

Telephone No.: (W)(619) 694-4480   , (H )(619) 280-3510

Job Title/Location: CORRECTIONAL DEPUTY PROBATION OFFICER II / JUV. HALL

Signature: _CR Dean_ .    Date: _____

 _ Since '90

 . 15-30 mins.

CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT


I am (or was) employed as a San Diego County Probation Officer for ___6 0___ years and ___4___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __David__ __Jay__ __Duran__ __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__
                (first)   (middle)   (last)    S.S. No.

Home Address __3221 Fairgreen Ln.__

__Palmdale__ __Ca__ __93551__
(city)      (state)    (zip)

Telephone No.: (W) __619 579 4429__ (H ) __905 538-1891__

Job Title/Location: __CDPO I__

Signature: __David Qr__ Date: __12-23-97__



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2.5__ years and __7__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __WAYNE RANdolph FREEMAN__ 546628350
               (first)     (middle)    (last)   S.S. No.

Home Address __14782 Espola Road__
             __Poway,   CA          92064__
             (city)     (state)    (zip)

Telephone No.: (W) __619 4420851__ (H ) __619 6794963__

Job Title/Location: __SENIOR PROBATION OFFICER__

Signature: __Wayne Freeman__   Date: __12-14-97__

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ____1____ years and ___3___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _TIMOTHY_ ___SETON___ _HANCOCK_ _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_
(first)      (middle)     (last)     S.S. No.

Home Address _6742 GLIDDEN ST. #4_

_SAN DIEGO_ ___CA___ ___92111___
(city)        (state)       (zip)

Telephone No.: (W) _694-4500_ (H ) _279-4855_

Job Title/Location: _QDPO I  /JH_

Signature: _____ Date: _10/17/97_

_-lgl B/4  Pre-shift_



## CONSENT TO BECOME A PARTY PLAINTIFF IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____3_____ years and ____8____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): Kimberly    a.    Hannum    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
                 (first)     (middle)      (last)      S.S. No.

Home Address    13173   Old Barona Rd.

                Lakeside         Ca              92040
                 (city)         (state)          (zip)

Telephone No.: (W) (619) 579-4429   (H) (619) 225-7663

Job Title/Location: CDPO I · CWF

Signature: Kimberly a. Hannum   Date: 12-26-97

SLIU LOCAL 2020

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _One_ years and _three_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Tammy        Lyn        Hertica   572-396-492_
                (first)      (middle)      (last)      S.S. No.

Home Address    _____

                _San Deo      Ca.        9287_
                (city)        (state)        (zip)

Telephone No.: (W) _619-496__        (H ) _225-8242_

Job Title/Location: _Juvenile Hall_

Signature: _Tammy M. tica_   Date: _12-04-97_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __19__ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Thomas    Stephen    Hobbs_    _555-56-414_
                  (first)   (middle)   (last)   S.S. No.

Home Address    _6055   Crawford St,_

                  _San Diego     CA_    _92120_
                  (city)   (state)     (zip)

Telephone No.:  (W) _619-694-4502_   (H )

Job Title/Location: _CDPO I    Juvenile Hall_

Signature: _Thomas Stephen Hobbs_  Date: _12-12-97_

RECEIVED

DEC 19 1997

SEIU LOCAL 2026

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __4__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __DENISE   MICHELE   HUFFHINES__ __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__
                  (first)    (middle)    (last)    S.S. No.

Home Address   __2044 VISTA HERMOSA WAY__

               __EL CAJON,   CA.   92019__
                (city)        (state)    (zip)

Telephone No.:  (W) __(619) 694-4500__   (H) __593-2290__

Job Title/Location: __CDPO I – JUVENILE HALL__

Signature: __[signature]__   Date: __12-9-97__

## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for **13** years and **2** months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): **WAYNE    KIYOSHI    INOUYE    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**
　　　　　　　　　(first)　　　(middle)　　　(last)　　　S.S. No.

Home Address    **P.O. Box 413**

　　　　　　　　**CAMPO** , 　　 **CA** 　 , 　 **91906**
　　　　　　　　(city)　　　　　(state)　　　　　(zip)

Telephone No.: (W) **619-478-2048**  (H) **619-478-2231**

Job Title/Location: **CDPO II / LINE STAFF / JRF**

Signature: **Wayne K. Inouye**  Date: **12-20-97**

- Rpt. to work early since 84



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___2___ years and ___1___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __STACEY__ __A__ __KUHNS__ __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__
(first)     (middle)     (last)     S.S. No.

Home Address __1982 Vineyard Ave__

__Vista__ __CA__ __92083__
(city)     (state)     (zip)

Telephone No.: (W) _____ (H )_(760)598-9117_

Job Title/Location: __CDPOI Juvenile Hall__

Signature: __Stacey Kuhns__ Date: __12-10-97__



RECEIV
DEC 1
SEIU LOCAL 2026

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___*10*___ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Joyce___ __A.___ __Lacey___ __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__
          (first)      (middle)     (last)   S.S. No.

Home Address __2534 55th St___
          __San Diego___ __CA___ __92105-5008__
          (city)      (state)    (zip)

Telephone No.: (W) __619 478 2026___ (H) __619-264-4842__

Job Title/Location: __CPO II / JRF___

Signature: __Joyce A Lacey___ Date: __12-17-97___

- Early since started
" Late since 91

RECEIVED

SDIO LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____3_____ years and _____7_____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __TRACY_____LYNN_____LANdry__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__
                   (first)       (middle)      (last)    S.S. No.

Home Address    __5015__Bunnell_St._____

                __San Diego_____CA_____92113_____
                   (city)           (state)      (zip)

Telephone No.:  (W) _694-4484_____ (H) _262-5929___

Job Title/Location: _CDPO II / Juvenile Hall_____

Signature: _Tracy Landry_____ Date: _12-9-97___

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for _7_ years and _1_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _MERCEDES   LUCERO_        _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_
                (first)     (middle)     (last)     S.S. No.

Home Address _11406 Village Ridge Road_

_San Diego     CA        92131_
         (city)      (state)      (zip)

Telephone No.: (W) _685-2284_ (H ) _(619) 566-4872_

Job Title/Location: _Deputy Probation Officer /UH10_

Signature: _Mercedes Lucero_ Date: _2-27-98_



RECEIVED

SEIU LOCAL 2026

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.   The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed):   <u>NANCY   MARIANI-ANDERSON</u>            <u>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</u>
                    (first)       (middle)       (last)      S.S. No.
Home Address       <u>11351 EUCALYPTUS HILLS DRIVE</u>

                   <u>LAKESIDE</u>          <u>CA</u>            <u>92040</u>
                    (city)          (state)           (zip)
Telephone No.:     (W) <u>44506975</u>          (H ) <u>561-8707</u>

Job Title/Location: <u>CORRECTIONAL COUNSELOR   DESCANSO DETENTION FACILIT.</u>

Signature: <u>N. Mariani-Anderson</u>   <u>12-11-97</u>

RECEIVED

JAN 1 3 1998

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for (JAN 97) 1 years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __LAURIE_____ __S.___ ___MASSA__ _568639881_
              (first)     (middle)    (last)    S.S. No.

Home Address __3020 Dove St_____

__San Diego____ __CA____ _____ __92103__
       (city)       (state)        (zip)

Telephone No.: (W) _442 0851_ (H ) _295 1445_

Job Title/Location: _CDPO I_ _(YCC)_ _Camp Barrett_

Signature: _____ Date: _12/26/97_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __3__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __MARLON    JAMES    McBRIDE__  __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__
               (first)      (middle)     (last)   S.S. No.

Home Address __9739   MESA Springs WAY #146__

       __San Diego__   __CA__   __92126__
       (city)     (state)    (zip)

Telephone No.: (W) __(619)694-4500__   (H) __(619) 578-8278__

Job Title/Location: __CDPOI / Juvenile Hall__

Signature: __[signature]__   Date: __12-19-97__



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___4___ years and ___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Julie L. McCawley__ 566172722
(first)        (middle)        (last)    S.S. No.

Home Address __8655 Lake Murray Blvd #11__

__San Diego   CA   92119__
(city)        (state)        (zip)

Telephone No.: (W) __478-2010__   (H) __698-8579__

Job Title/Location: __CDPO II / JRF__

Signature: __Julie L. McCawley__   Date: __12-12-97__



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___ years and ___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _FREDRICK    C,    McCollum_  242841138
                  (first)    (middle)   (last)    S.S. No.

Home Address  _4434 Benfield   CT_
              _SD_          _CA_        _92113_
              (city)        (state)      (zip)

Telephone No.: (W) _442 0857_    (H) _467 6587_

Job Title/Location: _CDPO I / CAMP BARRETT - YCC_

Signature: _F C McCollum_   Date: _12/19/97_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2l__ years and _____ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __William  Wayne  McKnight__  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
                 (first)     (middle)    (last)    S.S. No.

Home Address __527 'F' Ave__

__National City     CA     91950__
         (city)      (state)     (zip)

Telephone No.: (W) __442-0851__        (H ) __477-9034__

Job Title/Location: __CPO II   / Camp Barrett__

Signature: __William McKay__        Date: __12-13-97__

*B/4 and after*
*Since joined the Dept.*



SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

     I am (or was) employed as a San Diego County Probation Officer for ___2___ years and __4 1/2__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

     I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

     I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Robin___ __Faye___ __Milroy___ __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__
             (first)    (middle)    (last)   S.S. No.

Home Address __12327 Caminito Sereno__

      __San Diego___ __CA___ __92131__
      (city)    (state)    (zip)

Telephone No.: (W) (619)694-4502     (H) (619)866-1218

Job Title/Location: Correctional Deputy Probation Officer I / Juvenile Hall

Signature _Robin Milroy_     Date: 12-11-97

**RECEIVED**

**JAN 1 3 1998**

**SEIU LOCAL 2028**

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___*19*___ years and ___*1*___ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _*Michael    Anthony   Moore    558-84-541*_
                      (first)       (middle)     (last)     S.S. No.

Home Address   _*5110  E. Parker St.*_

               _*Oceanside    CA.    92057*_
               (city)      (state)      (zip)

Telephone No.: (W) _____  (H ) _*760-722-7461*_

Job Title/Location: _*CPO-II*_

Signature: _*M.A. Moore*_ _____  Date: _*1-10-97*_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___12___ years and ___3___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___CATHY   IRENE   OLOW   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___
                 (first)    (middle)    (last)    S.S. No.

Home Address ___6291   LAKE ARAGO   AVE___
     ___San Diego   CA.   92119___
     (city)    (state)    (zip)

Telephone No.: (W) ___(619) 442-0851___ (H) ___(619) 461-3585___

Job Title/Location: ___Senior Probation Officer - UCC at Camp Birch.___

Signature: ___Cathy Irene Olow___ Date: ___12/10/97___

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___7___ years and ___2___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Jeffrey__ __Lee__ __Parrish__ __364780132__
　　　　　　　　　　(first)　　　(middle)　　　(last)　　　S.S. No.

Home Address __4747 67th St.__

__San Diego__　　__Ca__　　__92115__
　　　　　　　(city)　　　(state)　　　(zip)

Telephone No.: (W) __(619) 442-0851__　　(H) __(619) 462-4657__

Job Title/Location: __COPO-II / Camp Barrett__

Signature: _____　　Date: __12-20-97__

### CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _1_ years and _4_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Jose__ __L.__ __Partida__ __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__
               (first)     (middle)    (last)    S.S. No.

Home Address __4888 Jessie Ave #13__

            __La Mesa__ __CA__ __91941__
            (city)    (state)    (zip)

Telephone No.: (W) __478-2026__  (H) __667-1005__

Job Title/Location: __CDPO I__ __Campo JRF__

Signature: __J. L. Partida__  Date: __12/19/97__

B/4 and after shift

RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (comes) employed as a San Diego County Probation Officer for ___28___ years and ___9___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Kenneth     Merle     Purvis_   _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_
              (first)     (middle)    (last)    S.S. No.

Home Address _4610 Bennington Court_

              _Bonita_     _CA_     _91902_
              (city)     (state)    (zip)

Telephone No.: (W) _442-9033_    (H) _479-0602_

Job Title/Location: _Senior Probation Officer_

Signature: _Kenneth Purvis_  Date: _12-17-97_

— Since 76
— 12/4 and after

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___6___ years and ___/(ONE)___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___BRUCE___ ___ELLIOTT___ ___REAVES___ ___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___
　　　　　　　　 (first)　　　(middle)　　　(last)　　　S.S. No.

Home Address ___17161 ALVA RD 194___

　　　　　　　 ___SAN DIEGO___ ___CA___ ___92127___
　　　　　　　 (city)　　　(state)　　　(zip)

Telephone No.: (W) ___694-4500___ (H) ___592-4794___

Job Title/Location: ___CDPO II   JH - HOME SUPV___

Signature: _____ Date: ___12-18-97___

— ₊ 15 mins. beyond shift

**RECEIVED**

JAN   5 1998

SEIU LOCAL 2028

RECEIVED

5 1998

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___6___ years and ___2___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __SANDRA__ _____ __RODRIGUEZ__ __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__
            (first)      (middle)     (last)    S.S. No.

Home Address __335 ROSS DRIVE__

__ESCONDIDO__ __CA__ __92029__
        (city)     (state)     (zip)

Telephone No.: (W) (760)743-5278 _____ (H )(619) 514-8495

Job Title/Location: __CDPO II - Juv. Prob Center__

Signature: __Sandra Rodriguez__ Date: __12-28-97__



SEE COURT 2020

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Bouma__ _____ __Sanmur__ __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__
          (first)     (middle)     (last)    S.S. No.

Home Address __831   49Th   ST.__

          __San Diego__ , __CA.__ __92102__
          (city)      (state)     (zip)

Telephone No.: (W) __694-4483__ (H) __264-8781__

Job Title/Location: __CDPO1__

Signature: __Bill A__ Date: __12/22/97__



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___16___ years and ___7___ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __KEN_____ANGELO_____VALLEY__  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
           (first)    (middle)    (last)  S.S. No.

Home Address  __17041 OCULTO CT__

        __SAN DIEGO__, __CA.__  __92127__
        (city)    (state)    (zip)

Telephone No.: (W) __619.442-0851__ (H) __619 487-4568__

Job Title/Location: __SR. PROBATION OFFICER   CAMP BARRETT__

Signature: __Ken Valley_____ Date: __12-13-97__

SDPOA LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT


I am (or was) employed as a San Diego County Probation Officer for ___13___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): (John) JACK William WAGNER JR. 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
                 (first)    (middle)    (last)    S.S. No.

Home Address    9039 Calle del Verde

                SANTEE        CALiF.        92071
                (city)        (state)       (zip)

Telephone No.:  (W) 694-4486         (H) 562-4478

Job Title/Location: SENIOR PROBATION officer   Juvenile Hall

Signature: _John W. Wagner Jr._ Date: 12-9-97



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___9___ years and ___10___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Rosa_____ _B_____ _Wagner_ _552-92-889_
                 (first)     (middle)    (last)   S.S. No.

Home Address _9089 Calle del Verde_____

_Santee_____ _Ca._____ _92071_
          (city)      (state)     (zip)

Telephone No.: (W) _____ (H )_____

Job Title/Location _____

Signature: _____  Date: _12-9-97___



RECEIVED

SDIC LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ____6____ years and ___3_____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __William_____Joseph_____Webb Jr.__ 266 49 7112
                (first)      (middle)    (last)   S.S. No.

Home Address __257 Avenida Del Gado_____

             __Oceanside_____CA_____92057____
             (city)      (state)     (zip)

Telephone No.: (W) _619 654 4403__ (H ) _760 757 0301_

Job Title/Location: _CDPO II___Juvenile Hall_____

Signature: _____ Date: _12/8/9_



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __14__ years and __9__ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __John__  __Victor__  __Weinold__  __100446866__
                (first)      (middle)      (last)    S.S. No.

Home Address __1150b Albonada Dr__

                __SD__, __CA__ __92127__
                (city)      (state)            (zip)

Telephone No.: (W)(619) 701-1587        (H )(619) 673-5953

Job Title/Location: __CPO II__

Signature: _____  Date: __12/23/97__

B/4 and after - 7/1/85

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for \_\_\_1\_\_\_ years and \_\_\_5\_\_\_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): Ivy          Sue          Westmoreland     558-98-87
               (first)      (middle)      (last)    S.S. No.

Home Address   7360   Mt. Vernon

               Lemon Grove    CA              91945
               (city)        (state)        (zip)

Telephone No.: (W) (619) 442-9101     (H) (619) 465-9768

Job Title/Location: CDPO1 | Camp Barrett

Signature: _Ivy Westmoreland_    Date: 12-10-97

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __3__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Pamela    Marie    Winter 549310128__
                 (first)      (middle)    (last)    S.S. No.

Home Address __4452 37th St # 4__

__San Diego    Ca    92116__
(city)          (state)      (zip)

Telephone No.: (W) __478-2026__  (H) __281-0851__

Job Title/Location: __CDPOI ; Juvenile Ranch Facility__

Signature: __Pamela Winter__    Date: __12-10-97__

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___9___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): PHOUTHONE XAYAVONG 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
(first)      (middle)      (last)      S.S. No.

Home Address 4064 TEXAS ST.

SAN DIEGO , CA 92104
(city)      (state)      (zip)

Telephone No.: (W) 694-4502 (H ) 297-4138

Job Title/Location: Correctional Deputy Probation Officer I

Signature: Phonthone Xayavong Date: 12-22-97



'98 CV 831 H (AJB)

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

MARI ABALOS, et al.

## DEFENDANTS

COUNTY OF SAN DIEGO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _San Diego_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _San Diego_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

THOMAS TOSDAL, ESQ.
TOSDAL, LEVINE, SMITH & STEINER
600 "B" STREET, SUITE 2300
SAN DIEGO, CA 92101
(619) 239-7200

ATTORNEYS (IF KNOWN)

MAY – 1 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

29 U.S.C. §207

29: 0201 f1

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

### REAL PROPERTY

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury— Med Malpractice
☐ 365 Personal Injury— Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS

☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

### FORFEITURE/PENALTY

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR

☒ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES

☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $
$664,000

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):

# 038369

JUDGE _____   DOCKET NUMBER _____

DATE May 1, 1998

SIGNATURE OF ATTORNEY OF RECORD   Thomas Tosdal