















JRL

3:98-CV-831 ABALOS V. SAN DIEGO COUNTY OF

*1*

*CMP*



FILED

MAY - 1 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

1  THOMAS TOSDAL, ESQ.
   STATE BAR NO. 067834
2  TOSDAL, LEVINE, SMITH & STEINER
   600 "B" Street, Suite 2300
3  San Diego, CA  92101
   Telephone:  (619) 239-7200
4  Facsimile:  (619) 239-6048

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  MARI ABALOS, PAUL AGUILAR,        )   CASE NO. 98 CV 831 H (AJB)
    JOSEPH ALKIRE, GERALD AMES,       )
11  RONALD ANDERSON, WILLIAM          )   COMPLAINT FOR VIOLATION OF
    ANDREWS, BUENAVENTURA             )   SECTION 7 OF THE FAIR LABOR
12  ARADELES, MARILYN ARGROW,         )   STANDARDS ACT OF 1938, AS
    VICENTE AVENDULA, NANCY           )   AMENDED (29 U.S.C. SECTION 207)
13  BAILEY, BONNIE BASSETT,           )   AND DEMAND FOR JURY TRIAL
    PETER BENNETT, CARL BISHOP,       )
14  CHRISTOPHER BLAIR, RUSSELL        )
    BLOOM, MICHAEL BOHY, FEDERICO )
15  BONA, NICK BONCHE, LISA           )
    BONNER, JEFFREY BRISTOW,          )
16  COLLEEN BROWN, LYNDA BROWN,       )
    ALANA BRYAN, THOMAS BUNKLEY,      )
17  ROBERT BURGOS, THOMAS             )
    CALDWELL, JAMES CAPEWELL,         )
18  DENNIS CARNEY, LAWRENCE           )
    CAROLAN, PABLO CARRILLO,          )
19  VICTOR CHRISTENSEN, MARY LOU      )
    CHURCH, DEBRA CLARKIN,            )
20  MICHAEL CONNOR, JASON             )
    CONSTEIN, RONALD CRIQUI,          )
21  EDUARDO CRUZ, GEORGE DEAN,        )
    SHAWN DENNSTEDT, JAMES            )
22  DILLAHUNT, RENEE DUNLAP-DICE, )
    DAVID DUVAN, JOHN ELLSWORTH,      )
23  MICHAEL EPPS, SHARON EPPS,        )
    LAURA ESCANDON, TAUTUNU           )
24  FAAPOULI, ARTHUR FERNANDEZ,       )
    DIANA FIGUEROA, DEBRA             )
25  FLAHIVE, WAYNE FREEMAN,           )
    JOSEPH FUENTES, MARIANA           )
26  GARCIA, LINDA GARZA, FRANK        )
    GILL, CURTIS GILLIS, MARTHA       )
27  GONZALES, DEMETROS GRANT,         )
    BRYAN GREGORY, LISA GROGAN,       )
28  FROILAN GUERRERO, TIMOTHY         )





```
 1 │ HANCOCK, KIMBERLY HANNUM,         )
   │ MICHELLE HAYES-IWU, ARTEMIO        )
 2 │ HERNANDEZ, TAMMY HERTICA,          )
   │ THOMAS HOBBS, DENISE               )
 3 │ HUFFHINES, MICHAEL HURST,          )
   │ MARY INOUYE, WAYNE INOUYE,         )
 4 │ PAUL JOHNSON, HOLLIS JONES,        )
   │ TRINA KNIERIM, STACEY KUHNS,       )
 5 │ RANDALL KUMMER, JOYCE LACEY,       )
   │ MALAUULU LAFO, TRACY LANDRY,       )
 6 │ SCOTT LAUDNER, LINDA LAWLOR,       )
   │ JOSIE LEBLANC-MUNOZ, MARIA         )
 7 │ LOPEZ, GUADALUPE LOPEZ,            )
   │ MERCEDES LUCERO, MICHAEL           )
 8 │ MACK, ARACELI MADERA, NANCY        )
   │ MARIANI-ANDERSON, LEONARD          )
 9 │ MARQUEZ, LAURIE MASSA, MARY        )
   │ MATTMILLER, MARLON MCBRIDE,        )
10 │ KARA MCCASLIN, JULIE               )
   │ MCCAWLEY, FREDRICK MCCOLLUM,       )
11 │ WILLIAM MCKNIGHT, ROBIN            )
   │ MILROY, MICHAEL MOORE, LUIS        )
12 │ MUNIZ-RIVERA, JEFFREY NEVES,       )
   │ GWENDOLYN NICHOLSON, DANIEL        )
13 │ NICKEL, CATHY OLOW, IGNACIO        )
   │ ORIAS, PATRICIA PALM, JEFF         )
14 │ PARRISH, JOSE PARTIDA, JENNA       )
   │ PETERSON, JOHN PORTER,             )
15 │ KENNETH PURVIS, SALLY              )
   │ QUIGLEY, BRUCE REAVES, JOSE        )
16 │ ROBLES, SANDRA RODRIGUEZ,          )
   │ MICHAEL ROLAN, GENA ROSS,          )
17 │ FELICIA ROUSE, YOLANDA             )
   │ RUDISELL, ANTONE RUSKOVICH,        )
18 │ SULTAN SALIH, ALMA SANCHEZ,        )
   │ BOUNMA SANMUR, HEATHER             )
19 │ SCHENCK, DONNA SCIMO, K.           )
   │ JANEL SCOTT, BORTAI SHAW,          )
20 │ MARY SHELDON, MICHAEL              )
   │ SHEPHERD, JAMES SHEPHERD,          )
21 │ GERALD SKRADSKI, Z SMITH,          )
   │ BRADLEY SMITH, LEONARD SMITH,      )
22 │ MARY SNYDER, CECILE SPEARS,        )
   │ RICHARD SPEARS, WALTER             )
23 │ STEFFEN, BRIAN STEVENS, JAMES      )
   │ STOLER, IAN ST. JOHN, ERNEST       )
24 │ SUSI, CRAIG TAYLOR, SCOTT          )
   │ THOMPSON, MARIE TURNER, MARK       )
25 │ TUSI, CRAIG UNDERDOWN,             )
   │ KENNETH VALLEY, RODNEY VAN,        )
26 │ JONATHAN WADLEY, ROSA WAGNER,      )
   │ JOHN WAGNER, WILLIAM WEBB,         )
27 │ JOHN WEINOLD, IVY                  )
   │ WESTMORELAND, MILLIE WILKES,       )
28 │ KATHERINE WILLIAMSON, PAMELA       )
```

1  WINTER, BARRY WOHRLE, and           )
   PHOUTHONE XAYAVONG,                 )
2                                      )
                   Plaintiffs,         )
3                                      )
        v.                             )
4                                      )
   COUNTY OF SAN DIEGO,                )
5                                      )
                   Defendant.          )
6  _____)

7        Plaintiffs MARI ABALOS, PAUL AGUILAR, JOSEPH ALKIRE, GERALD

8  AMES, RONALD ANDERSON, WILLIAM ANDREWS, BUENAVENTURA ARADELES,

9  MARILYN ARGROW, VICENTE AVENDULA, NANCY BAILEY, BONNIE BASSETT, PETER

10 BENNETT, CARL BISHOP, CHRISTOPHER BLAIR, RUSSELL BLOOM, MICHAEL BOHY,

11 FEDERICO BONA, NICK BONCHE, LISA BONNER, JEFFREY BRISTOW, COLLEEN

12 BROWN, LYNDA BROWN, ALANA BRYAN, THOMAS BUNKLEY, ROBERT BURGOS,

13 THOMAS CALDWELL, JAMES CAPEWELL, DENNIS CARNEY, LAWRENCE CAROLAN,

14 PABLO CARRILLO, VICTOR CHRISTENSEN, MARY LOU CHURCH, DEBRA CLARKIN,

15 MICHAEL CONNOR, JASON CONSTEIN, RONALD CRIQUI, EDUARDO CRUZ, GEORGE

16 DEAN, SHAWN DENNSTEDT, JAMES DILLAHUNT, RENEE DUNLAP-DICE, DAVID

17 DUVAN, JOHN ELLSWORTH, MICHAEL EPPS, SHARON EPPS, LAURA ESCANDON,

18 TAUTUNU FAAPOULI, ARTHUR FERNANDEZ, DIANA FIGUEROA, DEBRA FLAHIVE,

19 WAYNE FREEMAN, JOSEPH FUENTES, MARIANA GARCIA, LINDA GARZA, FRANK

20 GILL, CURTIS GILLIS, MARTHA GONZALES, DEMETROS GRANT, BRYAN GREGORY,

21 LISA GROGAN, FROILAN GUERRERO, TIMOTHY HANCOCK, KIMBERLY HANNUM,

22 MICHELLE HAYES-IWU, ARTEMIO HERNANDEZ, TAMMY HERTICA, THOMAS HOBBS,

23 DENISE HUFFHINES, MICHAEL HURST, MARY INOUYE, WAYNE INOUYE, PAUL

24 JOHNSON, HOLLIS JONES, TRINA KNIERIM, STACEY KUHNS, RANDALL KUMMER,

25 JOYCE LACEY, MALAUULU LAFO, TRACY LANDRY, SCOTT LAUDNER, LINDA

26 LAWLOR, JOSIE LEBLANC-MUNOZ, MARIA LOPEZ, GUADALUPE LOPEZ, MERCEDES

27 LUCERO, MICHAEL MACK, ARACELI MADERA, NANCY MARIANI-ANDERSON, LEONARD

28 MARQUEZ, LAURIE MASSA, MARY MATTMILLER, MARLON MCBRIDE, KARA

-3-

1  MCCASLIN, JULIE MCCAWLEY, FREDRICK MCCOLLUM, WILLIAM MCKNIGHT, ROBIN

2  MILROY, MICHAEL MOORE, LUIS MUNIZ-RIVERA, JEFFREY NEVES, GWENDOLYN

3  NICHOLSON, DANIEL NICKEL, CATHY OLOW, IGNACIO ORIAS, PATRICIA PALM,

4  JEFF PARRISH, JOSE PARTIDA, JENNA PETERSON, JOHN PORTER, KENNETH

5  PURVIS, SALLY QUIGLEY, BRUCE REAVES, JOSE ROBLES, SANDRA RODRIGUEZ,

6  MICHAEL ROLAN, GENA ROSS, FELICIA ROUSE, YOLANDA RUDISELL, ANTONE

7  RUSKOVICH, SULTAN SALIH, ALMA SANCHEZ, BOUNMA SANMUR, HEATHER

8  SCHENCK, DONNA SCIMO, K. JANEL SCOTT, BORTAI SHAW, MARY SHELDON,

9  MICHAEL SHEPHERD, JAMES SHEPHERD, GERALD SKRADSKI, Z SMITH, BRADLEY

10 SMITH, LEONARD SMITH, MARY SNYDER, CECILE SPEARS, RICHARD SPEARS,

11 WALTER STEFFEN, BRIAN STEVENS, JAMES STOLER, IAN ST. JOHN, ERNEST

12 SUSI, CRAIG TAYLOR, SCOTT THOMPSON, MARIE TURNER, MARK TUSI, CRAIG

13 UNDERDOWN, KENNETH VALLEY, RODNEY VAN, JONATHAN WADLEY, ROSA WAGNER,

14 JOHN WAGNER, WILLIAM WEBB, JOHN WEINOLD, IVY WESTMORELAND, MILLIE

15 WILKES, KATHERINE WILLIAMSON, PAMELA WINTER, BARRY WOHRLE, and

16 PHOUTHONE XAYAVONG, bring this action against Defendant COUNTY OF SAN

17 DIEGO to recover unpaid compensation, liquidated damages, costs and

18 attorneys fees under the provisions of the Fair Labor Standards Act

19 of 1938, as amended, 29 U.S.C. Section 201 et seq. (hereinafter "the

20 Act"), and specifically section 16(b) of the Act (29 U.S.C. Section

21 216(b)), and allege as follows:

22                          **JURISDICTION**

23     1.   Jurisdiction of this action is conferred upon this Court

24 by Section 16(b) of the Act, 29 U.S.C. Section 216(b) and by the

25 provisions of 28 U.S.C. Section 1331, which provides original

26 jurisdiction of "all civil actions arising under the Constitution,

27 laws or treaties of the United States."

28 ///

-4-

2. At all times material herein, each of the Plaintiffs was employed by the COUNTY OF SAN DIEGO as a Probation Officer and was an employee within the meaning of section 3(e) of the Act, 29 U.S.C. Section 203(e). Each of the Plaintiffs has consented to be a party Plaintiff. Attached hereto as Exhibit 1 are forms setting forth the officers' consent to be a party to this action.

3. Defendant COUNTY OF SAN DIEGO (hereinafter referred to as "COUNTY") is, and at all times material herein has been, a political subdivision of the State of California, governed by the Constitution and laws of the State of California, and is located within the territorial jurisdiction of this Court. The COUNTY is, and at all times material herein has been, a public agency and employer within the meaning of section 3(d) of the Act, 29 U.S.C. Section 203(d).

**CLAIM FOR RELIEF BY PLAINTIFFS AGAINST**
**THE COUNTY OF SAN DIEGO FOR VIOLATION**
**OF 29 U.S.C. SECTION 207**

4. The allegations in paragraphs 1-3 are realleged and incorporated herein as though fully set forth.

5. At all times relevant, plaintiffs and their public agency employer COUNTY were covered by the Fair Labor Standards Act, (FLSA) 29 U.S.C. Section 207, et seq.

6. From at least May 1, 1995, and continuing to the present, Defendant COUNTY has failed and refused to pay Plaintiffs regular and overtime compensation for pre and post-shift work mandated by COUNTY and performed by Plaintiffs on and after May 1, 1995 in excess of the prescribed eight hour shifts.

7. By failing and refusing to compensate Plaintiffs for time worked in excess of their prescribed shifts, Defendant COUNTY has and continues to wilfully violate relevant provisions of section 7 of the

1 | Fair Labor Standards Act, 29 U.S.C. Section 207, which requires that
2 | Plaintiffs be paid not less than one-and-one-half times their regular
3 | rate of pay for work performed in excess of the prescribed work
4 | period.

5 | 8.   Defendant COUNTY was notified on repeated occasions,
6 | including but not limited to, Grievance No. 97-022/DO that it was in
7 | violation of the Fair Labor Standards Act for failing to compensate
8 | Plaintiffs for regular and overtime pay for job duties required
9 | before and after their regular shifts.  The COUNTY was requested to
10 | remedy this situation prospectively as well as retroactively.  The
11 | COUNTY declined to do so.

12 | 9.   The job duties required of Plaintiffs by COUNTY both before
13 | and after their regular shifts include, to wit:

14 | (a)  Picking-up and turning in equipment such as hand-cuffs,
15 |      and keys;

16 | (b)  Conducting pre-shift unit counts;

17 | (c)  Completing unit security checks, log reviews, paperwork
18 |      and detainee counts;

19 | (d)  Pre-shift stand-by;

20 | (e)  Pre-shift orientation;

21 | (f)  Shift leader's designation of staff member to complete
22 |      security checks; and

23 | (g)  Initialing the daily entries in the message log.

24 | Each of these job duties is required by COUNTY and pursuant to
25 | standard operating procedures constitutes an integral and
26 | indispensable part of plaintiffs' principle job activities.

27 | 10.  As a direct and proximate result of Defendant's violation
28 | of section 7 of the Act, 29 U.S.C. Section 207, there is now due and

-6-

1  owing from COUNTY to Plaintiffs collectively a reimbursement for
2  uncompensated time worked during the statutory period, exceeding
3  $664,000.

4      11.   Plaintiffs have availed themselves of and sought to exhaust
5  all available administrative remedies in their efforts to seek
6  defendants' compliance with the terms and conditions of the FLSA.
7  Plaintiffs allege further administrative proceedings and/or appeal
8  appeals procedures would be futile in seeking enforcement of their
9  rights and benefits under the FLSA.

10      WHEREFORE, Plaintiffs pray for judgment against Defendant as
11  follows:

12      1.   For an accounting to determine the precise amount due under
13  the Act to each Plaintiff for all uncompensated work time hours
14  worked by Plaintiffs since May 1, 1995;

15      2.   For damages in the amount of the unpaid regular and
16  overtime compensation due and owing to Plaintiffs in an amount to be
17  proved at trial;

18      3.   For liquidated damages in an amount equal to the unpaid
19  regular and overtime compensation awarded;

20      4.   For prejudgment interest;

21      5.   For Plaintiffs' reasonable attorney's fees incurred and for
22  their costs of suit herein;

23      6.   For a permanent injunction ordering Defendants cease and
24  desist from failing and refusing to compensate Plaintiffs for regular
25  and overtime worked pursuant to section 7 of the Act;
26  ///
27  ///
28  ///

-7-

1       7.   For such other and further relief as the Court deems just

2  and proper.

3

4  DATED: ___5-1-98___                TOSDAL, LEVINE, SMITH & STEINER

5

6                                BY: _____

7                                    THOMAS TOSDAL
                                     Attorneys for Plaintiffs

8

9

10              **DEMAND FOR TRIAL BY JURY**

11      PLEASE TAKE NOTICE that Plaintiffs demand a trial by jury in the

12  above-entitled action.

13

14  DATED: ___5-1-98___                TOSDAL, LEVINE, SMITH & STEINER

15

16                                BY: _____

17                                    THOMAS TOSDAL
                                     Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for _____22_____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___Nancy____ ___J____ ___Bailey____
                  (first)     (middle)     (last)   S.S. No.

Home Address ___1917 A Alga Rd_____

             ___Carlsbad____ ___Ca____ ___92009____
             (city)      (state)     (zip)

Telephone No.: (W) __619.531.5083__ (H) __760.438.5172__

Job Title/Location: __Senior P.O. / Otto St AFS__

Signature: ___Bailey___ Date: __12/10/97__

- 15 min. early since 3/96
- Sometimes off early @ end of wk.
- 84/hrs / 14 day period.

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ 10 _____ years and _____ 5 _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): <u>CHRISTOPHER</u> <u>H</u> <u>BLAIR</u> <u>575 02 7563</u>
      (first)  (middle)  (last)  S.S. No.

Home Address <u>5040 W. Pt. Loma Blvd.</u>

      <u>San Diego CA 92107</u>
     (city)  (state)   (zip)

Telephone No.: (W) <u>694 4389</u>  (H) <u>224 2368</u>

Job Title/Location: <u>DPO - JUVENILE PROBATION CENTER.</u>

Signature: <u>Chris Blair</u>   Date: <u>12/10/97</u>

**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER THE**
**FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for _____2_____ years and _____(_____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): Russell      H      Bloom
                (first)    (middle)    (last)      S.S. No.

Home Address    3838 Haines St #5

                San Diego          CA          92109
                (city)          (state)          (zip)

Telephone No.: (W) 57# 4429      (H) 272-9929

Job Title/Location: CDPO I   WESTFORK

Signature: Russell H R      Date: 12-11-97

RECEIVED

SEIU LUCAL 2020

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___13___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed):  MICHAEL    PAUL    BOHY    571 23 9143
                 (first)    (middle)    (last)    S.S. No.
Home Address     8495  CHI  ST

                 LA MESA    CA              91942
                 (city)       (state)        (zip)
Telephone No.:  (W) 694 4571         (H) 463 9240

Job Title/Location:  SENIOR PROBATION OFFICER, JUVENILE Hi

Signature: _____  Date: 12·9·97



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ____|____ years and ____|____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __LiSA____Christine___Bonner___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__
           (first)     (middle)    (last)   S.S. No.

Home Address __13309__Caminito Ciera__#113_____

__San Diego,__CA__92129_____
     (city)      (state)      (zip)

Telephone No.: (W) _694-4500___ (H ) _538-3374___

Job Title/Location: __CDPO I / Juvenile Hall__

Signature: __Lisa C Bonner_____ Date: _12-15-97_

_B/f and after - 15 mins._

CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___5___ years and ___11___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _ALAN'Q____ _DAWN____ _BRYAN_  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
                (first)      (middle)     (last)      S.S. No.

Home Address  17330 LAWSON Vy RD

              J Jull_____ CA_____ 91935
              (city)          (state)      (zip)

Telephone No.:  (W) 442-0851_____ (H) 445-3886

Job Title/Location: CDPC II  C.J.UP BARRETT

Signature: _Alana W. Bryan_____ Date: 03/10/98

**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER THE**
**FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___2___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): <u>GREGORY      ERIC      BRYAN   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</u>
               (first)     (middle)    (last)   S.S. No.

Home Address   <u>17330   LAWSON  VALLEY  RD</u>.

             <u>JAMUL      CA       91935</u>
             (city)     (state)     (zip)

Telephone No.:   (W) <u>442-0857</u>    (H ) <u>445-2886.</u>

Job Title/Location: <u>CAMP BARRETT</u>

Signature: <u>Gregory Bryan</u>    Date: <u>3/9/98</u>·



RECEIVED

SEP - LOCAL 2026

## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __23__ years and __7__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Thomas_ _Edwin_ _Bunkley_ _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_
                  (first)     (middle)     (last)    S.S. No.

Home Address  _10675 Caminito Derecho_

                  _San Diego_    _CA_       _92126_
                  (city)        (state)     (zip)

Telephone No.:  (W) _579-4395_      (H) _566-0838_

Job Title/Location: _Senior Probation Officer - Camp West Fork_

Signature: _Thomas E. Bunkley_   Date: _12-10-97_

RECEIVED

DEC 1 1997

SEIU LOCAL 2028



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___*NINE*___ years and ___*SIX*___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __JAMES___ __N/M___ __CAPEWELL___ __561 53 6486__
                  (first)       (middle)     (last)    S.S. No.

Home Address __3112 HUGO ST___

            __SAN DIEGO___ __CALIF.___      __92106__
            (city)       (state)      (zip)

Telephone No.: (W) __619 579-4395___ (H) __619 225 1643__

Job Title/Location: __CORRECTIONAL DEPUTY PROBATION OFFICER I WEST FORK CAMP__

Signature: _____  Date: __12-12-97__

RECEIVED

SEIU LOCAL 2028



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): GEORGE ROBERT DEAN, Jr.   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
             (first)    (middle)   (last)   S.S. No.

Home Address   10061 RIO SAN DIEGO DRIVE  # 301

           SAN DIEGO     CALIFORNIA    92108
           (city)       (state)     (zip)

Telephone No.:  (W)(619) 694-4480  ,  (H )(619) 280-3510

Job Title/Location:  CORRECTIONAL DEPUTY PROBATION OFFICER II / JUV. HALL

Signature: ___GR Dean___ .   Date: _____

  - Since 90

  - 15-30 mins.

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _David_ _Jay_ _Duran_ _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_
(first)      (middle)      (last)      S.S. No.

Home Address  _3221 Fairgreen Ln._
_Palmdale_      _Ca_      _93551_
(city)      (state)      (zip)

Telephone No.: (W) _619 579 4429_      (H ) _805 538-1891_

Job Title/Location: _CDPO I_

Signature: _David Duran_      Date: _12-23-97_



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT


I am (or was) employed as a San Diego County Probation Officer for __2.5__ years and __7__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __WAYNE RANDOLPH FREEMAN__ __546628350__
                   (first)    (middle)    (last)    S.S. No.

Home Address __14782 Espola Road__
           __Poway,  CA    92064__
           (city)    (state)    (zip)

Telephone No.: (W) __619 442 0851__ (H) __619 679 4963__

Job Title/Location: __SENIOR PROBATION OFFICER__

Signature: __Wayne Freeman__ Date: __12-14-97__

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____1_____ years and ___3___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _TIMOTHY_____SETON_____HANCOCK__ 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_
              (first)      (middle)    (last)   S.S. No.

Home Address   _6742 GLIDDEN ST. #C4_____

             _SAN DIEGO_____CA_____92111__
             (city)      (state)    (zip)

Telephone No.:  (W) _694-4500_____ (H ) _279-4855_

Job Title/Location: _CDPO I___/JH_

Signature: _[signature]_____ Date: _10/17/97_

_lgl B/4 Pre-shift_



## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___2___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): Kimberly           a.        Hannum   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
                 (first)      (middle)     (last)   S.S. No.

Home Address  13173   Old BARONA Rd.

            Lakeside         Ca              92040
            (city)      (state)    (zip)

Telephone No.: (W)(619)577-4429   (H)(619)225-7663

Job Title/Location: CDPO I · CWF

Signature: Kimberly A. Hannum   Date: 12-26-97

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___ _One_ years and _three_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Tammy          Lyn       Hertica_ _572-396492_
                (first)     (middle)      (last)    S.S. No.

Home Address   _____

                _San Dieo      Ca.        92___
                (city)       (state)       (zip)

Telephone No.: (W) _691-9600_      (H )_225-8242_

Job Title/Location: _Juvenile Hall_

Signature: _Tammy Hertica_  Date: _12-__-97_

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___*19*___ years and _____ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___*Thomas   Stephen    Hobbs*___  ___*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*___
　　　　　　　　(first)　　(middle)　　(last)　　S.S. No.

Home Address　　___*6055   Crawford  St,*___

　　　　　　　　___*San Diego       CA*___　　___*92120*___
　　　　　　　　(city)　　　(state)　　　　(zip)

Telephone No.:　(W) *619-694-4502*　　(H )_____

Job Title/Location: *CDPO  I   Juvenile Hall*

Signature: ___*Thomas Stephen Hobbs*___  Date: *12-12-97*

RECEIVED

DEC 1 5 1997

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __4__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _DENISE MICHELE HUFFHINES_    _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_
       (first) (middle)  (last)  S.S. No.

Home Address _2044 VISTA HERMOSA WAY_

       _EL CAJON,_  _CA._  _92019_
       (city)  (state)   (zip)

Telephone No.: (W) _694-4500_   (H ) _593-2290_

Job Title/Location: _CDPO I - JUVENILE HALL_

Signature: _[signature]_   Date: _12-9-97_

**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER THE**
**FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___13___ years and ___2___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___WAYNE___ ___KIYOSHI___ ___INOUYE___ ___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___
              (first)      (middle)     (last)    S.S. No.

Home Address ___P.O. Box 413___

           ___CAMPO___ , ___CA___ , ___91906___
           (city)      (state)     (zip)

Telephone No.: (W) ___619-478-2048___ (H) ___619-478-2231___

Job Title/Location: ___CDPO II / LINE STAFF / JRF___

Signature: ___Wayne K. Inouye___ Date: ___12-20-97___

- Rpt. to work early since 84



SDIC LOCAL 2020

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __1__ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __STACEY___A_____KUHNS__ 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
             (first)    (middle)    (last)   S.S. No.

Home Address __1982 Vineyard Ave_____

__Vista_____CA_____92083___
      (city)     (state)     (zip)

Telephone No.:  (W) _____ (H )(760)598-9117

Job Title/Location: __CDPOI Juvenile Hall_____

Signature: __Stacey Kuhns_____ Date: __12-10-97__



RECEIV...

DEC 1...

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __10__ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___Joyce___  ___A.___  ___Lacey___  ___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___
                  (first)      (middle)      (last)      S.S. No.

Home Address  ___2534  55th  St___

___San Diego___  ___CA___  ___92105-5008___
     (city)        (state)      (zip)

Telephone No.:  (W) ___619 478 2026___  (H ) ___619-264-4842___

Job Title/Location: ___CDPO II / JRF___

Signature: ___Joyce A Lacey___   Date: ___12-17-97___

- Early since started
" Late since 91

RECEIVED

SDIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___3___ years and ___7___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _TRACY_____ _LYNN____ _LANdry_ _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_
                 (first)      (middle)    (last)    S.S. No.

Home Address: _5015  Bunnell St._____

              _San Diego____ _CA____ _92113____
              (city)         (state)  (zip)

Telephone No.: (W) _694-4484_____ (H) _262-5929_

Job Title/Location: _CDPO II / Juvenile Hall_____

Signature: _Tracy Landry_____ Date: _12-9-97_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___7___ years and ___1___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _MERCEDES  LUCERO_____  _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_
              (first)      (middle)     (last)    S.S. No.

Home Address _11406  Village  Ridge  Road_____

_San Diego_____  _CA_____  _92131_____
   (city)       (state)       (zip)

Telephone No.: (W) _685-2289_  (H) _(619) 566-4872_

Job Title/Location: _Deputy Probation Officer /OH10_

Signature: _Mercedes Lucero_  Date: _2-27-98_



RECEIVED

SEIU LOCAL 2026

## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __NANCY___ __MARIANI-ANDERSON__ __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__
       (first)  (middle)  (last)  S.S. No.

Home Address __11351 EUCALYPTUS HILLS DRIVE__

      __LAKESIDE__  __CA__   __92040__
       (city)   (state)   (zip)

Telephone No.: (W) __44506975__  (H ) __561-8707__

Job Title/Location: __CORRECTIONAL COUNSELOR__ __DESCANSO DETENTION FACILITY__

Signature: _N Mariani-Anderson_ __12-11-97__

RECEIVED

JAN 1 3 1998

SEIU LOCAL 2028

### CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for (JAN 97) _1_ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): <u>LAURIE        S.        MASSA   568639881</u>
                (first)      (middle)     (last)    S.S. No.

Home Address   <u>3020   Dove   St</u>

               <u>San Diego        CA             92103</u>
                (city)          (state)          (zip)

Telephone No.: (W) <u>442 0851</u>        (H) <u>295 1445</u>

Job Title/Location: <u>DPO I   (YCC)   Camp Barrett</u>

Signature: <u>Laurie S. Massa</u>        Date: <u>12/26/97</u>

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __3__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __MARLON     JAMES     McBRIDE__  __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__
                (first)      (middle)   (last)      S.S. No.

Home Address    __9739  MESA SPRINGS WAY #146__

                __San Diego__     __CA__          __92126__
                (city)          (state)          (zip)

Telephone No.:  (W) __(619)694-4500__   (H) __(619) 578-8278__

Job Title/Location: __CDPOI  /Juvenile Hall__

Signature: __(signature)__ Date: __12-19-97__

RECEIVED

SEIU LOCAL 2020



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for **4** years and **1** months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): **Julie L. McCawley** 566172722
(first)　　(middle)　　(last)　　S.S. No.

Home Address **8655 Lake Murray Blvd #11**
**San Diego CA 92119**
(city)　　(state)　　(zip)

Telephone No.: (W) **478-2010** (H) **698-8579**

Job Title/Location: **CDPO II / JRP**

Signature: **Julie L. McCawley** Date: **12-12-97**



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _____ years and ____ months.  My job duties require that I perform assigned tasks before and/or after each shift.  To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts.  I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer.  Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer.  The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims.  SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.  I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation.  I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): FREDRICK C. McCollum 242341138
(first) (middle) (last) S.S. No.

Home Address 4434 Benfield CT
SD CA 92113
(city) (state) (zip)

Telephone No.: (W) 442 0857 (H) 467 6587

Job Title/Location: CDPO I / CAMP BARRETT - YCC

Signature: McCollum Date: 12/19/97

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for _____21_____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __William    Wayne    McKnight    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__
        (first)  (middle)  (last)  S.S. No.

Home Address __527 'F' Ave__

       __National City    CA    91950__
        (city)   (state)   (zip)

Telephone No.: (W) __442-0851__  (H) __477-9034__

Job Title/Location: __CPO II__ / __Camp Barrett__

Signature: __William McKn___ Date: __12-13-97__

*b/4 and after
since joined the dept.*



SEIU LOCAL 2028

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___2___ years and ___4 1/2___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Robin___ _Faye___ _Milroy___ _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_
                (first)      (middle)    (last)    S.S. No.

Home Address _12327 Caminito Sereno_____

_San Diego___ _CA___ _92131_
        (city)     (state)     (zip)

Telephone No.: (W)_(619)694-4502_ (H )_(619)866-1218_

Job Title/Location: _Correctional Deputy Probation Officer I / Juvenile Hall_

Signature _Robin Milroy_____ Date: _12-11-97_

**RECEIVED**

**JAN 1 3 1998**

**SEIU LOCAL 2028**

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___19___ years and ___1___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Michael   Anthony   Moore   558-84-541_
  (first)      (middle)      (last)      S.S. No.

Home Address   _5110   E. Parker St._

  _Oceanside      Ca.      92057_
  (city)      (state)      (zip)

Telephone No.: (W) _____   (H ) _760-722-7461_

Job Title/Location: _CDPO-II_

Signature: _M.A. Moore_   Date: _1-10-93_

CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___12___ years and ___3___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___CATHY   IRENE   OloW   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___
                  (first)    (middle)    (last)    S.S. No.

Home Address ___6291   LAKE ARAGO AVE___
              ___San Diego   CA.   92119___
              (city)    (state)    (zip)

Telephone No.: (W) _(619) 442-0851_ (H) _(619) 461-3585_

Job Title/Location: ___Senior Probation Officer - VCC at Camp Bar.___

Signature: ___Cathy Irene Olow___ Date: ___12/10/97___

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___7___ years and ___2___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Jeffrey__ __Lee__ __Parrish__ __364780132__
            (first)   (middle)   (last)   S.S. No.

Home Address __4747 67th St.__

__San Diego__ __Ca__ __92115__
      (city)    (state)    (zip)

Telephone No.: (W) __(619) 442-0851__ (H) __(619) 462-4657__

Job Title/Location: __COPO-IV / Camp Barrett__

Signature: _____ Date: __12-20-97__

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __1__ years and __4__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Jose__   __L.__   __Partida__   __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__
                 (first)   (middle)   (last)   S.S. No.

Home Address __4888 Jessie Ave #13__

__La Mesa__   __CA__   __91941__
 (city)     (state)    (zip)

Telephone No.: (W) __478-2026__   (H) __667-1005__

Job Title/Location: __CPO I__   __Campo JRF__

Signature: __Jose L. Partida__   Date: __12/19/97__

_B/4 and after shift_

RECEIVED

SEIU LOCAL 2028 

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (o~~wns~~) employed as a San Diego County Probation Officer for ___28___ years and ___9___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Kenneth_____ _Merle_____ _Purvis_ _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_
              (first)      (middle)     (last)     S.S. No.

Home Address _4610 Bennington Court_____
             _Bonita_____ _CA_____ _91902_
             (city)     (state)     (zip)

Telephone No.: (W) _442-9033_____ (H ) _477-0602_

Job Title/Location: _Senior Probation Officer_____

Signature: _Kenneth Purvis_____ Date: _12-17-97_

— Since '76
— 13/4 and after

**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER THE**
**FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___6___ years and ___/(ONE)___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): ___BRUCE___ ___ELLIOTT___ ___REAVES___ ___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___
               (first)    (middle)    (last)    S.S. No.

Home Address ___17161 ALVA RD 194___

            ___SAN DIEGO___ ___CA___ ___92127___
            (city)    (state)    (zip)

Telephone No.: (W) ___694-4500___ (H) ___592-4794___

Job Title/Location: ___CDPO II    JH - HOME SUPV___

Signature: _____ Date: ___12-18-97___

— r 15 mins. beyond shift

**RECEIVED**

JAN 5 1998

SEIU LOCAL 2028

RECEIVED

5 1998

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __6__ years and __2__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __SANDRA__ __RODRIGUEZ__ __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__
        (first)    (middle)    (last)    S.S. No.

Home Address __335 ROSS DRIVE__

__ESCONDIDO__ __CA__ __92029__
    (city)    (state)    (zip)

Telephone No.: (W) (760) 743-5278    (H) (619) 514-8495

Job Title/Location: __CDPO II - Juv. Prob Center__

Signature: __Sandra Rodriguez__ Date: __12-28-97__



**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for _____ years and _____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): Bouyma    —    Sanmur   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
                (first)    (middle)    (last)   S.S. No.

Home Address   831   49Th   St.

               San Diego ,    CA.      92102
               (city)      (state)    (zip)

Telephone No.: (W) 694-4483     (H) 264-8781

Job Title/Location: CDPoI

Signature: _Bik~ A~_     Date: 12/22/97

RECEIVED

SEE LOCAL 2020



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for _16_ years and _7_ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _KEN_ _ANGELO_ _VALLEY_ _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_
              (first)    (middle)    (last)   S.S. No.

Home Address _17041 OCULTO CT_

         _SAN DIEGO_ , _CA._ _92127_
         (city)    (state)    (zip)

Telephone No.: (W) _619.442-0851_ (H) _619 487-4568_

Job Title/Location: _SR. PROBATION OFFICER_ _CAMP BARRETT_

Signature: _Ken Valley_     Date: _12-13-97_

SDPOA LOCAL 2028

**CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE
FAIR LABOR STANDARDS ACT**

I am (or was) employed as a San Diego County Probation Officer for ___13___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): (John) JACK William WAGNER JR. 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
(first)      (middle)      (last)      S.S. No.

Home Address  9039 Calle del Verde

SANTEE        CALIF.        92071
(city)        (state)        (zip)

Telephone No.: (W) 694-4486      (H) 562-4478

Job Title/Location: SENIOR PROBATION officer  Juvenile Hall

Signature: John W. Wagner Jr.  Date: 12-9-97

RECEIVED

SEIU LOCAL 2028



## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___9___ years and ___10___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Rosa_ _B._ _Wagner_ _552-92-889_
             (first)     (middle)    (last)   S.S. No.

Home Address _9039 Calle del Verde_

        _Santee_ _Ca._ _92071_
        (city)     (state)    (zip)

Telephone No.: (W) _____ (H ) _____

Job Title/Location: _____

Signature: _____ Date: _12-9-97_



RECEIVED

SDPO LOCAL 2026

### CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE
### FAIR LABOR STANDARDS ACT

I am (~~or was~~) employed as a San Diego County Probation Officer for ___6___ years and ___3___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __William___ __Joseph___ __Webb Jr.__ _266 49 7112_
                (first)      (middle)    (last)   S.S. No.

Home Address ___257 Avenida Del Gato___

             __Oceanside___ __CA___ __92057___
             (city)      (state)    (zip)

Telephone No.: (W) _619 694 4403_ (H) _760 757 0301_

Job Title/Location: _CDPO II_ _Juvenile Hall_

Signature: _____ Date: _12/8/9_



RECEIVED

SEIU LOCAL 2028

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __14__ years and ___0?__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __John    Victor    Weinold__    __100 44 6866__
     (first)  (middle)   (last)  S.S. No.

Home Address __1150b Albonada Dr__

     __SD, CA 92127__
     (city)   (state)   (zip)

Telephone No.: (W)(619) 701-1587 (H )(619) 673-5953

Job Title/Location: __DPO II__

Signature: _____  Date: __12/23/97__

B/4 and after - 7/95

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ____1____ years and ____5____ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): _Ivy_____ _Sue_____ _Westmoreland_ 558-98-87
                (first)    (middle)     (last)    S.S. No.

Home Address    _7360__ _Mt. Vernon_____

                _Lemon Grove_ _CA_____    _91945___
                (city)     442-05s(state)     (zip)

Telephone No.:  (W) (619) 465-9768    (H) (619) 465-9768

Job Title/Location: _CDPO1__ / _Camp Barrett_____

Signature: _____Ivy Westmoreland____ Date: _12-10-97_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for __2__ years and __3__ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __Pamela   Marie   Winter   549310128__
(first)        (middle)        (last)        S.S. No.

Home Address __4452 37th St #4__

__San Diego      Ca      92116__
(city)          (state)          (zip)

Telephone No.: (W) __478-2026__  (H ) __281-0851__

Job Title/Location: __CDPOI ; Juvenile Ranch Facility__

Signature: __Pamela Winter__      Date: __12-10-97__

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE
## FAIR LABOR STANDARDS ACT

I am (or was) employed as a San Diego County Probation Officer for ___9___ years and ___8___ months. My job duties require that I perform assigned tasks before and/or after each shift. To the best of my knowledge, I have not received compensation for time spent performing tasks before and/or after my shifts. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize my Employee organization, the San Diego Probation Officers' Association ("SDPOA"), and its attorneys to represent me with respect to all claims under the FLSA which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. SDPOA and its attorneys are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims. I understand that a period of research and investigation will precede any litigation and consent to the organization's discretion concerning the timing and initiation of litigation.

I understand that SDPOA has agreed to pay the costs of this litigation. I hereby request that the court assess any costs and expenses of this action and reasonable attorney's fees against my employer, and award said costs, expenses and fees to SDPOA's attorneys.

Name (printed): __PHOUTHONE__ _____ __XAYAVONG__ _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_
                  (first)       (middle)      (last)        S.S. No.

Home Address    __4064 TEXAS ST._____

                __SAN DIEGO__ , __CA__      __92104__
                  (city)        (state)      (zip)

Telephone No.: (W) _694-4502_____ (H ) _297-4138_____

Job Title/Location: __Correctional Deputy Probation Officer I__

Signature: __Phouthone Xayavong_____ Date: __12-22-97_____



'98 CV 831 H (AJB)

JS 44
(Rev. 07/89)

## CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I (a) PLAINTIFFS

MARI ABALOS, et al.

### DEFENDANTS

COUNTY OF SAN DIEGO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _San Diego_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _San Diego_
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

THOMAS TOSDAL, ESQ.
TOSDAL, LEVINE, SMITH & STEINER
600 "B" STREET, SUITE 2300
SAN DIEGO, CA 92101
(619) 239-7200

ATTORNEYS (IF KNOWN)

MAY – 1 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

29 U.S.C. §207

29: 0201 fl

### V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ $664,000

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):

# 038369

JUDGE _____ DOCKET NUMBER _____

DATE May 1, 1998

SIGNATURE OF ATTORNEY OF RECORD Thomas Tosdal