USDC SCAN INDEX SHEET










```
RYC    2/18/99    9:48
3:98-CV-00831   ABALOS V. SAN DIEGO COUNTY OF
*13*
*O.*
```

cal jac

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI ABALOS, et al., | Civil No.98cv831-H(AJB) |
| Plaintiff, | |
| v. | Order Vacating Settlement Conference; Setting Case Management Conference |
| COUNTY OF SAN DIEGO, | |
| Defendants. | |

Plaintiff's counsel contacted the Court, on behalf of both counsel, to notify the Court that the parties will not be prepared to go forward with the Voluntary Settlement Conference currently set for February 25, 1999. As such, the settlement conference is hereby VACATED. Instead, a Case Management Conference will go forward before Magistrate Judge Battaglia on *February 25, 1999 at 1:30 p.m.* Only counsel need to appear. Dates for discovery and other pretrial preparation will be set, and another settlement conference will be scheduled as appropriate thereafter.

IT IS SO ORDERED.

Dated: 2/16/99

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Huff
    All Counsel of Record

K:\COMMON\BATTAGLI\CASES\ABALOS\ORDER.216               1                                     98cv0831