USDC SCAN INDEX SHEET



CAG   7/26/99   12:24

3:98-CV-00831   ABALOS V. SAN DIEGO COUNTY OF

*18*

*MO.*

cal___

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Abalos v. County of San Diego                    Case No: 98cv831 H (AJB)

HON. Anthony J. Battaglia            CT. DEPUTY Yolanda Madueno            Rptr._____

Present

Plaintiff(s): Jon Vanderpool, Esq.; Mike Mack; Max Grullo; Pablo Carrillo; Z Smith;Wayne Freeman; Ernest Susi

Defendant(s): William Songer, Esq.; David Price; Mike Moss


Mandatory Settlement Conference held.  Case did not settle.  All dates confirmed.


DATE: July 21, 1999                                        INITIALS YM Deputy

cc:  Judge Huff

18                                                              98cv0831