USDC SCAN INDEX SHEET





MEG    11/30/99    15:07
3:98-CV-00831   ABALOS V. SAN DIEGO COUNTY OF
*20*
*STIPO.*

```
THOMAS TOSDAL, ESQ.
STATE BAR NO. 067834
JON Y. VANDERPOOL, ESQ.
STATE BAR NO. 161611
TOSDAL, LEVINE, SMITH & STEINER
600 "B" Street, Suite 2300
San Diego, CA  92101
Telephone:  (619) 239-7200
Facsimile:  (619) 239-6048

Attorneys for Plaintiffs
```

FILED
99 NOV 30 AM 8: 37

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI ABALOS, et al., | CASE NO. 98-CV-831L (AJB) |
| Plaintiffs, | STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE |
| v. | |
| COUNTY OF SAN DIEGO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, defendant COUNTY OF SAN DIEGO and plaintiffs MARI ABALOS, et al., through their respective attorneys of record, to a continuance of the final Pretrial Conference from December 13, 1999, at 10:30 a.m. to **February 14, 2000, at 11:00 a.m.**

IT IS FURTHER STIPULATED that filing dates for pretrial pleadings required by Local Rule 16.1 also be continued as follows:

1. Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(3) on or before January 24, 2000.

2. Counsel shall meet and take the action required by Local Rule 16.1(f)(5) on or before January 31, 2000.

///

98-CV-831L

3. The Proposed Final Pretrial Conference order required by Local Rule 16.1(f)(7) shall be prepared, served, and lodged on or before February 7, 2000.

GOOD CAUSE for the foregoing continuances is founded upon the parties having reached an agreement in principle to settle this dispute, needing to finalize its terms and conditions, and execution by all plaintiffs.

IT IS SO STIPULATED.

DATED: 11/23/99

TOSDAL, LEVINE, SMITH & STEINER

BY: _____
JON Y. VANDERPOOL
Attorneys for Plaintiffs

DATED: 11/17/99

OFFICE OF THE COUNTY COUNSEL

BY: _____
WILLIAM H. SONGER, Senior
Deputy, Attorneys for
Defendant

IT IS SO ORDERED.

DATED: 11/26/99

_____
United States District Court Judge

-2-

98-CV-831L

ORDER

Based on the foregoing stipulation, and good cause appearing therefor, it is hereby ordered:

1. The Complaint in this matter is hereby dismissed with prejudice.

2. Except as otherwise expressly provided in such Settlement Agreement, all parties to this action shall bear their own costs, including attorneys' fees, incurred in connection with this matter.

DATED: 11/26/99

The Honorable James M. Lorenz
United States District Judge

TUTTLE &
TAYLOR
A Law Corporation

STIPULATION FOR DISMISSAL
3