USDC SCAN INDEX SHEET










```
MEG    12/7/99    14:58
3:98-CV-00831   ABALOS V. SAN DIEGO COUNTY OF
*22*
*CLKJGM.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE                Case Number: 3:98-cv-00831

Abalos - plaintiff

v.

San Diego County of - defendant



__ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_ DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered

IT IS ORDERED AND ADJUDGED that pursuant to Rule 68, judgment is entered in favor of plaintiff and against defendant in the sum of $280,000, inclusive of costs incurred. In addition, an injunction is entered against the defendants pursuant to the offer of judgment... .....................................

12/6/99                                      Roberta Westdal
---------                                    ----------------
  Date                                            Clerk

                                             M. Gomez
                                          ------------------
                                          by M. Gomez, Deputy Clerk

                                          Entered on 12/7/99

                                                pre - Lorenz
                                                ref - Battaglia